# United States District Court
## EASTERN DISTRICT OF VIRGINIA

WARRANT FOR ARREST

UNITED STATES OF AMERICA
v.

07-245-M-01

Troy D. Greene

CASE NUMBER: 1:03m1250

DOB:

**FILED**

MAY 2 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

To: The United States Marshal and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest **Troy D. Greene** and bring him or her forthwith to the nearest magistrate judge to answer a(n)

__Indictment __Information __Complaint __Order of Court _X_ Violation Notice __Probation Violation Petition

charging him or her with (brief description of offense):

Violation of Supervised Release - See Attached Petition

In Violation of Title **18** United States Code, Section(s) **3583**

RECEIVED U.S. MARSHALS E/D VA ALEXANDRIA 2004 DEC 28 A 7 06

**P. Metzger**
Name of Issuing Officer

**Deputy Clerk**
Title of Issuing Officer

Signature of Issuing Officer

12-27-2004
**401 Courthouse Square Alexandria, VA 22314**
Date and Location

| Date Received 05/25/07 | Name and Title of Arresting Officer D.L. BALDWIN SDUSM | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest 05/25/07 | | |

Prob 12
(Mod. for E.VA 03/03)

# UNITED STATES DISTRICT COURT
## for
## EASTERN DISTRICT OF VIRGINIA

FILED
DEC 2 7 2004
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VA

07-245-M-01

FILED
MAY 2 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S.A. vs. Troy D. Greene                Docket No. 1:03M1250

### Petition on Supervised Release

COMES NOW C. L. Harper, PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Troy D. Greene, who was placed on supervision by the Honorable Thomas Rawles Jones, Jr. Sitting in the Court at Alexandria, Virginia, on the 29th day of June, 2004, who fixed the period of supervision at 12 months, and imposed the general terms and conditions heretofore adopted by the Court and also imposed special conditions and terms as follows:

1. The defendant shall undergo substance abuse testing and/or treatment as directed by the probation officer.

2. The defendant shall pay a $25 special assessment fee.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
See Attachment(s)

**PRAYING THAT THE COURT WILL ISSUE** a warrant in this case, charging Mr. Greene with violations of his supervised release.

Bond Recommendation: No bond.

DOB:                                    FBI NO.:
SSN:                                    REG. NO.:
SEX:    Male                            LAST KNOWN
RACE:   Black/Non-Hispanic              ADDRESS:
                                        PHONE:

ORDER OF COURT                          Respectfully,

Considered and ordered this 27th Day
of December, 2004 And ordered
filed and made a part of the records
in the above case.                      C. L. Harper
                                        Senior U.S. Probation Officer

_____               Place Manassas, Virginia
United States Magistrate Judge          Date December 21, 2004

TO CLERK'S OFFICE

Petition on Supervised Release
Page 3
RE: GREENE, Troy D.

On June 29, 2004, Mr. Greene appeared in the U.S. District Court, Alexandria, Virginia, for sentencing on the charge of Possession of Crack Cocaine. He was sentenced to eight months confinement, followed by 12 months supervised release, with special conditions noted on Page 1 of this Petition.

On November 26, 2004, Mr. Greene was released on supervised release to this office. Presently, he is in violation of the following conditions of his release:

**VIOLATION - (CONDITION 6):**     FAILURE TO NOTIFY PROBATION OFFICER OF CHANGE IN RESIDENCE.

On December 13, 2004 and December 16, 2004, messages were left at Mr. Greene's residence in Dale City, Virginia, for him to contact this office immediately. Additionally, a letter was forwarded to his residence on December 14, 2004, for him to contact this office immediately.

On December 15, 2004, this officer spoke with Ms. Colmes (fiancee of Mr. Greene's brother), who resides at Mr. Greene's residence located at 3525 Forestdale Avenue, Dale City, Virginia. Ms. Colmes advised that she had not seen Mr. Greene at the residence since the 2004 Thanksgiving Holidays.

Mr. Greene's whereabouts were unknown by Ms. Colmes, and we note that Mr. Greene has not been in contact with this office since November 30, 2004, at which time he was installed on supervised release.

**VIOLATION - (CONDITION 7):**     DRUG USE.

On December 17, 2004, this office received information from our office drug lab that a preliminary result of a urine sample submitted by Mr. Greene on November 30, 2004, is positive for cocaine. That sample will be forwarded to Scientific Testing Laboratories for confirmation.

According to U.S. Probation Officer Brent Keith, who installed Mr. Greene on supervised release, Mr. Greene admitted to Officer Keith on November 30, 2004, that he used cocaine immediately upon his release from the Bureau of Prisons on November 26, 2004.

Based on the foregoing, we respectfully recommend that a warrant be issued for Mr. Greene's appearance in Court to show cause why his supervised release should not be revoked.

CLH:cmf