**United States District Court
For the District of Columbia
333 Constitution Avenue, NW
Washington, D.C. 20001**
Date: 5/31/07

JUN - 7 2007

Nancy Mayer-Whittington
Clerk of the Court

1:03mj250

Address of Other Court: U.S. District Court
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA. 22314

**FILED**

RE: 07-245M (Troy D. Greene)

JUN 0 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

| | | | |
|---|---|---|---|
| | Docket Sheet | | Warrant of Removal |
| X | Warrant/Petition on Super Rel | | Order of Removal |
| | Minute Order Appointing Counsel | X | Detention Order |
| | Corporate Surety Bond | X | Waiver of Removal |
| | Personal Surety Bond | | |
| X | Other-Blotter dated 5/25/07 | | |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Nancy Mayer-Whittington,
Clerk of the Court

By: _____
Deputy Clerk

Received by
R.P. Bankl
6/1/07